UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION

VERSUS

ULYSSES MORGAN                                    NO.: 3:11-cr-00155-BAJ-SCR

### RULING AND ORDER

Before the Court is Petitioner's **MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (Doc. 135).** The Magistrate Judge has issued a **REPORT (Doc. 153)** recommending that Petitioner's motion be denied, (*id.* at p. 8). Petitioner does not object to the Magistrate Judge's Report.

Having independently considered Petitioner's § 2255 Motion (Doc. 135) and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 153),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Petitioner's **§ 2255 MOTION (Doc. 135)** is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 153).

Baton Rouge, Louisiana, this 22nd day of January, 2014.

*[signature: Brian A. Jackson]*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**